# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135291 & (24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHNNY TIPPINS,
        Plaintiff,

v

WAYNE CIRCUIT JUDGE,
        Defendant.

SC: 135291
COA: 278887
Wayne CC: 02-001578-01

_____/

On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the August 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

d0211